UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **JUDGMENT OF FORFEITURE** |
| -v.- | : | |
| | : | 26 Civ. 401 (JLC) |
| ALL MONIES, ASSETS, AND FUNDS | : | |
| CONTAINED WITHIN THE FOLLOWING VIRTUAL | : | |
| CURRENCY WALLET: | : | |
| 0xd599e59C5D8053DFB6414c77C3FFd6f4B8f08017, | : | |
| | : | |
| Defendant-*in-rem*. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about January 15, 2026, the United States of America (the

"Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following

property by filing a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

> a.  All monies, assets, and funds contained within virtual currency wallet
> 0xd599e59C5D8053DFB6414c77C3FFd6f4B8f08017

(the "Defendant-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendant-*in-rem* is subject to

forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) & (C), because there is

probable cause to believe that the Defendant-*in-rem*, constitutes proceeds traceable to wire fraud

and/or property involved in money laundering transactions of proceeds from specified unlawful

activity, to wit, wire fraud, and property traceable to such property;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was

posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive

days, beginning on January 27, 2026, through February 25, 2026, and proof of such publication

2

has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about January 20, 2026, the Government sent direct notice of the Verified Complaint by email to the following:

Daood Hassan
c/o Baruch Gottesman, Esq.,

Mohamed    Amin    Atcha
c/o   David   Colgan.,   Esq.

and, on or about January 29, 2026, the Government sent direct notice of the Verified Complaint by email to the following:

Mohamed Rilaz Waleedh

(together, the "Noticed Parties");

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so,

3

as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.      The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the

plaintiff United States of America.

2.      The United States Marshals Service (or its designee) shall dispose of the

Defendant-*in-rem*, according to law.

Dated:  New York, New York
            April 15        , 2026

SO ORDERED:

_Jennifer Rochon_

HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

4